```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 13233
   JAN CZAJA
   ZOFIA CZAJA                                  CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-4961     SSN XXX-XX-2987

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/07/2005 and was confirmed 06/29/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  25.00%.

     The case was dismissed after confirmation 04/23/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
NUMARK CREDIT UNION        SECURED          16000.00       2814.03       7273.76
SHERMAN ACQUISITION LLC    SECURED               .00           .00           .00
BOUDREAU & ASSOCIATES      NOTICE ONLY     NOT FILED           .00           .00
ARCHER HEIGHTS SAVINGS &   UNSECURED             .00           .00           .00
BENEFICIAL HFC             NOTICE ONLY     NOT FILED           .00           .00
CHRIST MEDICAL CENTER      UNSECURED       NOT FILED           .00           .00
MEDICAL RECOVERY SPECIAL   NOTICE ONLY     NOT FILED           .00           .00
FERLEGER & ASSOCIATES      UNSECURED       NOT FILED           .00           .00
ECAST SETTLEMENT CORP      UNSECURED        12711.35           .00           .00
ILLINOIS DEPT OF REVENUE   UNSECURED         2341.20           .00           .00
ILLINOIS ATTORNEY GENERA   NOTICE ONLY     NOT FILED           .00           .00
KCA FINANCIAL SERVICES     UNSECURED       NOT FILED           .00           .00
PREFERRED OPEN MRI         UNSECURED       NOT FILED           .00           .00
B-LINE LLC                 UNSECURED         1508.29           .00           .00
ALLIED INTERSTATE          NOTICE ONLY     NOT FILED           .00           .00
ASSET ACCEPTANCE CORP      UNSECURED          617.49           .00           .00
A JAMROCHA CHIROPRACTOR    UNSECURED       NOT FILED           .00           .00
CREDITORS ALLIANCE INC     NOTICE ONLY     NOT FILED           .00           .00
NUMARK CREDIT UNION        UNSECURED         2721.09           .00           .00
B-LINE LLC                 UNSECURED         7711.42           .00           .00
ARCHER HEIGHTS SAVINGS &   UNSECURED         1254.83           .00           .00
CHRISTINE R PIESIECKI      DEBTOR ATTY      1,620.00                     1,620.00
TOM VAUGHN                 TRUSTEE                                         651.21
DEBTOR REFUND              REFUND                                          350.00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                12,709.00

PRIORITY                                         .00

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 13233 JAN CZAJA & ZOFIA CZAJA
```

```
SECURED                                                  7,273.76
    INTEREST                                             2,814.03
UNSECURED                                                     .00
ADMINISTRATIVE                                           1,620.00
TRUSTEE COMPENSATION                                       651.21
DEBTOR REFUND                                              350.00
                                   ---------------    ---------------
TOTALS                                  12,709.00         12,709.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
Dated: 07/24/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```